Rachel Mayer et al., appellees, v. Metropolis Theatre Company et al. Appeal of 32 West Randolph Corporation et al., appellants. Gen. No. 40,630.

Opinion filed June 21, 1939.

Chapman & Cutler, Gottlieb & Schwartz and Dunbar & Rich, for appellants; Dayton Ogden, David O. Dunbar and Harry E. Smoot, of counsel. Mayer, Meyer, Austrian & Platt, for appellees; Herbert. Becker, Frank D. Mayer and Edwin A. Rothschild, of counsel.

Mr. Justice Burke delivered the opinion of the court.